IN RE DAVIS

No. 542P94

Case below: 116 N.C.App. 409

Petition by respondents (James and Dena Davis) for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

IN RE ESTATE OF WRIGHT

No. 399P94

Case below: 114 N.C.App. 659

Petition by petitioner (High Point Bank & Trust Company) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 December 1994.

IN RE POLLEN-BROWNING

No. 548P94

Case below: 116 N.C.App. 735

Petition by appellant for writ of supersedeas denied 16 November 1994. Petition by appellant for temporary stay denied 16 November 1994. Petition by appellant for discretionary review pursuant to G.S. 7A-31 denied 16 November 1994.

IN RE YOUNGBLOOD

No. 537P94

Case below: 116 N.C.App. 490

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 December 1994. Petition by respondent (Curtis Youngblood) for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

INTEGON INDEMNITY CORP. v. UNIVERSAL UNDERWRITERS INS. CO.

No. 516PA94

Case below: 116 N.C.App. 279

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 8 December 1994.